[Docket No. 80, 81]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ADEWALE IDOWU,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS BOONE, et al.,<br><br>    Defendants. | Civil No. 10-5480 (RMB)(KMW)<br><br>**ORDER** |

Plaintiff Adewale Idowu ("Plaintiff") has moved for a judgment of default against Defendants Alan Goslin and Julie Hults [Docket No. 81].  Before moving for default judgment, a plaintiff must first request entry of default by the Clerk of the Court and the Clerk must enter default.  McGann v. Collingswood Police Dep't, No. 10-cv-3458, 2011 WL 2600725, at *7 (D.N.J. June 28, 2011).  Because Plaintiff has failed to follow that procedure here, Plaintiff's motion is DENIED.  Id.

                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              UNITED STATES DISTRICT JUDGE

Dated: July 25, 2012