[Docket No. 80, 81]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| ADEWALE IDOWU,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS BOONE, et al.,<br><br>    Defendants. | Civil No. 10-5480 (RMB)(KMW)<br><br>**ORDER** |

Plaintiff Adewale Idowu ("Plaintiff") has moved for a judgment of default against Defendants Alan Goslin and Julie Hults [Docket No. 81]. Before moving for default judgment, a plaintiff must first request entry of default by the Clerk of the Court and the Clerk must enter default. <u>McGann v. Collingswood Police Dep't</u>, No. 10-cv-3458, 2011 WL 2600725, at *7 (D.N.J. June 28, 2011). Because Plaintiff has failed to follow that procedure here, Plaintiff's motion is DENIED. <u>Id.</u>

                                                 <u>s/Renée Marie Bumb</u>
                                                 RENÉE MARIE BUMB
                                                 UNITED STATES DISTRICT JUDGE

Dated: <u>July 25, 2012</u>